UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **CHASE GRIFFITHS** | **CIVIL ACTION NO. 2:22-CV-04845** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **AMERICAN BANKERS INSURANCE CO. OF FLORIDA** | **MAGISTRATE JUDGE KATHLEEN KAY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 16] previously filed herein, and having thoroughly reviewed the record, noting the absence of objections, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Petition [Doc. No. 1] is hereby **DENIED** and **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and abide by the orders of this Court.

**THUS, DONE AND SIGNED** at Monroe, Louisiana, this the 20th day of July 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE